IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NAOMI LEATHERMAN, D/B/A     )
NAOMI RICHES,     )
     Plaintiff,     )
     )
     v.     )
     )     Civil Action No. 12-1486
BARAK HUSSEIN OBAMA,     )     District Judge Nora Barry Fisher
*doing business as*     )     Magistrate Judge Cynthia Reed Eddy
PRESIDENT OF THE UNITED     )
STATES,     )
NATIONAL SECURITY AGENCY,     )
QUEST DIGNOSTICS, LAB CORP.,     )
THE FREEMASONS, FBI,     )
CIA,     )
     Defendants.     )

**MEMORANDUM OPINION ON OBJECTIONS TO
REPORT AND RECOMMENDATION**

The Court has reviewed Plaintiff Naomi Leatherman's Motion for Reconsideration (ECF No. 3) of Magistrate Judge Eddy's Report and Recommendation (ECF No. 2) that her Motion for Leave to Proceed In Forma Pauperis be granted and this case be dismissed pursuant to 28 U.S.C. § 1915(a) and (e), with prejudice, because her Complaint/ motion for preliminary injunction or temporary restraining order is non-justiciable and fails to state a claim, and amendment would be futile.  The Court deems the Motion for Reconsideration to be in the nature of Objections to a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(C), and Rules 72.C.2  and 72.D.2 of the Local Rules of Court and, as such, will deny the Objections.

After *de novo* review of the motion for leave to proceed in forma pauperis, the attached complaint, and the other documents attached thereto, and after careful consideration of the Report and Recommendation, the Court will enter the following Order:

AND NOW, this 2nd day of November, 2012, IT IS HEREBY ORDERED that the Report

and Recommendation ((ECF No. 3) dated October 22, 2012, is ADOPTED as the Opinion of the

Court.

IT IS FURTHER ORDERED that this action is DISMISSED for failure to prosecute.

The Clerk of Court shall mark this case CLOSED.


/s/ NORA BARRY FISHER
United States District Judge


cc:

Naomi Leatherman
1306 Ashbridge Road
West Chester, PA 19380
(Regular & Certified Mail)